IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SANDRA L. LAWSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:09-0743 |
| | ) | JUDGE CAMPBELL/KNOWLES |
| | ) | |
| TAYLOR FARMS TENNESSEE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court upon two Motions filed by Plaintiff: (1) a Motion seeking leave to serve Interrogatories and Request for Production upon Defendant (Docket No. 18), and (2) a Motion to Amend the *ad damnum* of Plaintiff's Amended Complaint from $500,000 to $2,000,000 (Docket No. 19). The former Motion is necessary because the discovery cut-off deadline of April 20, 2010, has passed. The latter Motion is necessary because the deadline for Motions to Amend the pleadings of November 30, 2009, has passed. Docket No. 9.

Defendant has filed Responses to both Motions. Docket Nos. 20, 21. While Defendant emphasizes in both Responses that it denies liability and damages in this action, Defendant does not actually oppose either Motion.

The Interrogatories and Request for Production relate to Plaintiff's claim for punitive damages.

The Court notes that this action is set for trial September 28, 2010, before Judge Campbell. Docket No. 12. The undersigned does not believe that the granting of these two Motions will adversely impact the trial date. Nevertheless, Defendant shall respond to the

Interrogatories and Request for Production of documents on or before August 31, 2010. Plaintiff shall also supplement her earlier Responses to written discovery and her initial disclosures, to the extent that they require some specific calculations of the damages sought, as may be necessary and appropriate, on or before August 31, 2010.

For the foregoing reasons, the instant Motions (Docket Nos. 18, 19) are GRANTED.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge