IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

SANDRA L. LAWSON             )
                             )
v.                           ) NO. 3:09-0743
                             ) JUDGE CAMPBELL
TAYLOR FARMS TENNESSEE, INC. )

ORDER

Pending before the Court is Defendant's Motion to Quash Subpoena Duces Tecum on Party-Defendant Witness (Leah Gamboa) (Docket No. 68).

Plaintiff's requests are for documents which should have been requested in discovery. The discovery deadlines in this action have passed.

Defendant's Motion to Quash (Docket No. 68) is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE